```
                            United States Bankruptcy Court
                                 District of Arizona
In re:                                                      Case No. 18-15625-BMW
TALITHIA MARIE THRASHER                                     Chapter 13
         Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0970-4          User: estrellam          Page 1 of 1          Date Rcvd: Jan 11, 2019
                              Form ID: nch13pln        Total Noticed: 22


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 13, 2019.
db           +TALITHIA MARIE THRASHER,    7759 N. SILVERBELL ROAD, APT. 1105,    TUCSON, AZ 85743-8276
15386572     +Automotive Partners Fu,    3933 E Pima St Ste 109,    Tucson AZ 85712-3331
15386573     +Bank Of America,   4909 Savarese Circle,    Fl1-908-01-50,    Tampa FL 33634-2413
15386575     +Citibank North America,    Citibank Corp/Centralized Bankruptcy,    Po Box 790034,
               St Louis MO 63179-0034
15386577     +Dept of Ed / 582 / Nelnet,    Attn: Claims,    Po Box 82505,    Lincoln NE 68501-2505
15386578     +Dillards Card Srvs/Wells Fargo Bank Na,    Po Box 10347,    Des Moines IA 50306-0347
15386580     +FinWise Bank/Opp Loans,    Attn: Bankruptcy,    130 E Randolp St,    Ste3400,
               Chicago IL 60601-6379
15386581     +First Premier Bank,    Attn: Bankruptcy,    Po Box 5524,    Sioux Falls SD 57117-5524
15386582     +Gen Business Recoverie,    Attn: Bankruptcy Dept,    Po Box 41960,    Tucson AZ 85717-1960
15386588      Target,    Target Card Services,    Mail Stop NCB-0461,    Minneapolis MN 55440

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: bankruptcynotices@azdor.gov Jan 12 2019 01:08:20      AZ DEPARTMENT OF REVENUE,
               BANKRUPTCY & LITIGATION,    1600 W. MONROE, 7TH FL.,    PHOENIX, AZ  85007-2650
15386571     +E-mail/Text: bankruptcynotices@azdor.gov Jan 12 2019 01:08:20      Arizona Department of Revenue,
               PO Box 29070,    Phoenix AZ 85038-9070
15386574     +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jan 12 2019 01:10:23      Capital One Na,
               Attn: General Correspondence/Bankruptcy,     Po Box 30285,    Salt Lake City UT 84130-0285
15386576     +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jan 12 2019 01:09:01      Comenitybank/New York,
               Attn: Bankruptcy Dept,    Po Box 182ло125,    Columbus OH 43218-2125
15386579     +E-mail/Text: bknotice@ercbpo.com Jan 12 2019 01:09:29      ERC/Enhanced Recovery Corp,
               Attn: Bankruptcy,    8014 Bayberry Road,    Jacksonville FL 32256-7412
15386583      E-mail/Text: cio.bncmail@irs.gov Jan 12 2019 01:08:46      Internal Revenue Service,
               Centralized Insolvency Operations,    PO Box 7346,    Philadelphia PA 19101-7346
15386584     +E-mail/Text: bnckohlsnotices@becket-lee.com Jan 12 2019 01:08:37      Kohls/Capital One,
               Kohls Credit,    Po Box 3120,    Milwaukee WI 53201-3120
15390326      E-mail/Text: bkr@cardworks.com Jan 12 2019 01:08:07      MERRICK BANK,
               Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
15386585     +E-mail/Text: bkr@cardworks.com Jan 12 2019 01:08:07      Merrick Bank/CardWorks,
               Attn: Bankruptcy,    Po Box 9201,    Old Bethpage NY 11804-9001
15386586     +E-mail/Text: bnc@nordstrom.com Jan 12 2019 01:08:40      Nordstrom FSB,    Attn: Bankruptcy,
               Po Box 6555,    Englewood CO 80155-6555
15382063     +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 12 2019 01:26:50
               PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
15386587     +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 12 2019 01:10:47
               Portfolio Recovery,    Po Box 41021,    Norfolk VA 23541-1021
                                                                                              TOTAL: 12

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 13, 2019                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 10, 2019 at the address(es) listed below:
            DIANNE C. KERNS    mail@dcktrustee.com, ecf@dcktrustee.com,dckerns@dcktrustee.com
            MATTHEW THOMAS FOLEY    on behalf of Debtor TALITHIA MARIE THRASHER Matt@FoleyPLC.com,
             halee@tuclaw.com,jennifer@foleyplc.com,alysha@tuclaw.com,maggie@tuclaw.com,ht@tuclaw.com
            U.S. TRUSTEE    USTPRegion14.PX.ECF@USDOJ.GOV
                                                                                              TOTAL: 3
```

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

In re:  Case No.: 4:18−bk−15625−BMW

TALITHIA MARIE THRASHER  Chapter: 13
7759 N. SILVERBELL ROAD, APT. 1105
TUCSON, AZ 85743
**SSAN:** xxx−xx−9789
**EIN:**

Debtor(s)

## NOTICE OF DATE TO FILE OBJECTION TO CHAPTER 13 PLAN

Notice is hereby given that the Debtor(s) have filed the enclosed or attached Chapter 13 Plan. Pursuant to Local Rules 2084−9 and 2084−10, plan confirmation is governed by the following procedures:

1. Any objection by a creditor to the plan must be in writing and filed within the Bankruptcy Court, and copies served on the following parties, no later than 14 days after the original date set for the meeting of creditors, or any continuance thereof, or reinstatement of the case, or 28 days after service, whichever is later:

| | |
|---|---|
| Address of the Bankruptcy Clerk's Office | U.S. Bankruptcy Court, Arizona<br>38 S. Scott Avenue<br>Tucson, AZ 85701−1704 |
| Address of Trustee | DIANNE C. KERNS<br>7320 N. LA CHOLLA #154 PMB 413<br>TUCSON, AZ 85741−2305 |
| Address of Debtor(s) | TALITHIA MARIE THRASHER<br>7759 N. SILVERBELL ROAD, APT. 1105<br>TUCSON, AZ 85743 |
| Address of Debtor(s) Attorney | MATTHEW THOMAS FOLEY<br>Law Offices of Matthew Foley, PLC<br>4400 E. Broadway, Suite 811<br>Tucson, AZ 85711 |

− − − NOTICE CONTINUES ON NEXT PAGE − − −

2.  The Trustee is to file a Recommendation within 28 days after the above date for creditor objections.

3.  If creditors file no objections and the Trustee recommends confirmation, the Court may confirm the Plan without a hearing.

4.  If a creditor files an objection and/or the Trustee does not recommend confirmation, the Court may confirm a plan without a hearing, provided the Trustee and all objecting creditors agree to a stipulated confirmation order. If unable to so agree and stipulate, the Trustee or objecting creditor shall set the matter for hearing and provide notice to the Debtor(s) and each objecting party.

5.  **For an original plan, the failure of a party in interest to timely file an objection to confirmation of the Plan shall constitute acceptance of the Plan pursuant to 11 U.S.C. Section 1325(a)(5)(A), and a waiver of the requirement under Section 1324 that the Court hold a confirmation hearing within 45 days after the date of the meeting of creditors.**

**Date: January 11, 2019**

**Address of the Bankruptcy Clerk's Office:**
U.S. Bankruptcy Court, Arizona
38 S. Scott Avenue
Tucson, AZ 85701–1704
Telephone number: (520) 202–7500
www.azb.uscourts.gov

Clerk of the Bankruptcy Court:

**George Prentice**